UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY; ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY; ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY; ESURANCE INSURANCE COMPANY; and ESURANCE PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>MERCYLAND HEALTH SERVICES, PLLC; TOX TESTING, INC.; PARAGON LABS, LLC; SCAN CLEAR, LLC; MICHIGAN TECHNOLOGY PARTNERS, LLC; CURE IMAGING, LLC; US HEALTH PHARMACEUTICALS, LLC d/b/a MEDS DIRECT; LIVONIA CARE PHARMACY, INC.; OMEGA REHAB SERVICES, LLC; PRIME REHABILITATION SERVICES, LLC; ISPINE, PLLC; BLOCK BILLING SOLUTIONS, LLC; MICHAEL ANGELO; CHITRA SINHA, M.D.; JOSEPH RUEFIEL, P.T.; STEFAN PRIBIL, M.D.; MOHAMMED ALI ABRAHAM, M.D. a/k/a MOHAMMED ALI IBRAHIM; and NILESH PATEL,<br><br>Defendants. | C.A. No. 2:18-cv-13336-PDB-DRG<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

Plaintiffs Allstate Insurance Company, Allstate Fire and Casualty Insurance Company, Allstate Property and Casualty Insurance Company, Esurance Insurance Company, and Esurance Property and Casualty Insurance Company (collectively, "Allstate") and defendants Scan Clear, LLC, Omega Rehab Services, LLC, Prime Rehabilitation Services, LLC, and Joseph Ruefiel, P.T. have reached a settlement resolving their dispute in the above-captioned matter.  Therefore, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Allstate, by and through its undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed with prejudice as to Scan Clear, LLC, Omega Rehab Services, LLC, Prime Rehabilitation Services, LLC, and Joseph Ruefiel, P.T. only.

[SIGNATURE PAGE FOLLOWS]

Respectfully submitted,

SMITH & BRINK

*/s/ Jacquelyn A. McEttrick*
_____
Richard D. King, Jr.
rking@smithbrink.com
Nathan A. Tilden (P76969)
ntilden@smithbrink.com
Jacquelyn A. McEttrick
jmcettrick@smithbrink.com
Andrew H. DeNinno
adeninno@smithbrink.com
38777 Six Mile Road, Suite 314
Livonia, MI 48152
(734) 521-9000

350 Granite Street, Suite 2303
Braintree, MA 02184
(617) 770-2214

*Attorneys for Plaintiffs*

Dated: February 22, 2019

## CERTIFICATE OF SERVICE

I, Jacquelyn A. McEttrick, attorney for the Plaintiffs, hereby certify that I served a copy of the foregoing Notice of Voluntary Dismissal on all parties of record in the above-captioned matter via CM/ECF Filing.

*/s/ Jacquelyn A. McEttrick*
_____
Jacquelyn A. McEttrick

Dated: February 22, 2019

3