UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY; ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY; ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY; ESURANCE INSURANCE COMPANY; and ESURANCE PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>                Plaintiffs,<br><br>v.<br><br>MERCYLAND HEALTH SERVICES, PLLC; TOX TESTING, INC.; PARAGON LABS, LLC; MICHIGAN TECHNOLOGY PARTNERS, LLC; CURE IMAGING, LLC; US HEALTH PHARMACEUTICALS, LLC d/b/a MEDS DIRECT; LIVONIA CARE PHARMACY, INC.; ISPINE, PLLC; BLOCK BILLING SOLUTIONS, LLC; MICHAEL ANGELO; CHITRA SINHA, M.D.; STEFAN PRIBIL, M.D.; MOHAMMED ALI ABRAHAM, M.D. a/k/a MOHAMMED ALI IBRAHIM; and NILESH PATEL,<br><br>                Defendants. | C.A. No. 2:18-cv-13336<br><br>Paul D. Borman<br>United States District Judge<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS ISPINE, PLLC AND STEFAN PRIBIL, M.D. ONLY** |

Pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby stipulated and agreed by and

between plaintiffs Allstate Insurance Company, Allstate Fire and Casualty Insurance

Company, Allstate Property and Casualty Insurance Company, Esurance Insurance Company, and Esurance Property and Casualty Insurance Company (collectively, "Allstate") and defendants ISpine, PLLC ("ISpine") and Stefan Pribil, M.D. ("Pribil") only, by and through their undersigned counsel, that Allstate's Complaint (*Docket No. 1*) be dismissed with prejudice as to ISpine and Pribil without costs or fees of any kind to any party.  It is hereby agreed by the parties that this Court shall retain jurisdiction to enforce the terms of settlement reached between the parties.

[SIGNATURE PAGE FOLLOWS]

STIPULATED AND AGREED TO THIS 13th DAY OF MARCH, 2019:

| | |
|---|---|
| Respectfully Submitted, | |
| *Allstate Insurance Company, Allstate Fire and Casualty Insurance Company, Allstate Property and Casualty Insurance Company, Esurance Insurance Company, and Esurance Property and Casualty Insurance Company* | *ISpine, PLLC and Stefan Pribil, M.D.* |
| By their Attorneys, | By their Attorneys, |
| */s/ Jacquelyn A. McEttrick*<br>_____<br>Richard D. King, Jr.<br>Nathan A. Tilden (P76969)<br>Jacquelyn A. McEttrick<br>Andrew H. DeNinno<br>SMITH & BRINK<br>38777 Six Mile Road, Suite 314<br>Livonia, MI 48152<br><br>350 Granite St., Suite 2303<br>Braintree, MA 02184<br>(617) 770-2214 | */s/ Peter W. Joelson*<br>_____<br>Peter W. Joelson (P51468)<br>Emily Warren (P76675)<br>JOELSON ROSENBERG, PLC<br>30665 Northwestern Hwy., Suite 200<br>Farmington Hills, MI 48334<br>(248) 626-9966<br><br>Gary R. Blumberg (P29820)<br>LAW OFFICES OF GARY R. BLUMBERG, P.C.<br>15011 Michigan Ave.<br>Dearborn, MI 48126<br>(313) 230-1121 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY; ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY; ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY; ESURANCE INSURANCE COMPANY; and ESURANCE PROPERTY AND CASUALTY INSURANCE COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> MERCYLAND HEALTH SERVICES, PLLC; TOX TESTING, INC.; PARAGON LABS, LLC; MICHIGAN TECHNOLOGY PARTNERS, LLC; CURE IMAGING, LLC; US HEALTH PHARMACEUTICALS, LLC d/b/a MEDS DIRECT; LIVONIA CARE PHARMACY, INC.; ISPINE, PLLC; BLOCK BILLING SOLUTIONS, LLC; MICHAEL ANGELO; CHITRA SINHA, M.D.; STEFAN PRIBIL, M.D.; MOHAMMED ALI ABRAHAM, M.D. a/k/a MOHAMMED ALI IBRAHIM; and NILESH PATEL, <br><br> Defendants. | C.A. No. 2:18-cv-13336-PDB-DRG <br><br><br> **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS ISPINE, PLLC AND STEFAN PRIBIL, M.D. ONLY** |

This matter having come before the Court upon stipulation of the parties, and the Court being otherwise fully advised in the premises:

4

IT IS HEREBY ORDERED that plaintiffs' causes of action against defendants ISpine, PLLC and Stefan Pribil, M.D. only are hereby dismissed with prejudice and without costs to any party. The Court shall retain jurisdiction over this matter to enforce the terms of settlement reached between the parties.

IT IS SO ORDERED.

Dated: March 15, 2019                         s/Paul D. Borman
                                                                  Paul D. Borman
                                                                  United States District Judge