UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY; ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY; ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY; ESURANCE INSURANCE COMPANY; and ESURANCE PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>TOX TESTING, INC.; PARAGON LABS, LLC; MICHIGAN TECHNOLOGY PARTNERS, LLC; CURE IMAGING, LLC; US HEALTH PHARMACEUTICALS, LLC d/b/a MEDS DIRECT; LIVONIA CARE PHARMACY, INC.; BLOCK BILLING SOLUTIONS, LLC; MICHAEL ANGELO; CHITRA SINHA, M.D.; and NILESH PATEL,<br><br>Defendants. | C.A. No. 2:18-cv-13336-PDB-DRG<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS NILESH PATEL AND LIVONIA CARE PHARMACY, INC.** |

Pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby stipulated and agreed by and between plaintiffs Allstate Insurance Company, Allstate Fire and Casualty Insurance Company, Allstate Property and Casualty Insurance Company, Esurance Insurance Company, and Esurance Property and Casualty Insurance Company (collectively, "Allstate") and defendants Nilesh Patel ("Patel") and Livonia Care Pharmacy, Inc.

("Livonia Care"), by and through their undersigned counsel, that Allstate's Complaint (*Docket No. 1*) be dismissed with prejudice as to Patel and Livonia Care without costs or fees of any kind to any party. It is hereby agreed by the parties that this Court shall retain jurisdiction to enforce the terms of settlement reached between the parties.

[SIGNATURE PAGE FOLLOWS]

STIPULATED AND AGREED TO THIS 11th DAY OF SEPTEMBER, 2019:

| | |
|---|---|
| Respectfully Submitted,<br><br>*Allstate Insurance Company, Allstate Fire and Casualty Insurance Company, Allstate Property and Casualty Insurance Company, Esurance Insurance Company, and Esurance Property and Casualty Insurance Company,*<br><br>By their Attorneys,<br><br>*/s/ Jacquelyn A. McEttrick*<br>_____<br>Richard D. King, Jr.<br>rking@smithbrink.com<br>Nathan A. Tilden (P76969)<br>ntilden@smithbrink.com<br>Jacquelyn A. McEttrick<br>jmcettrick@smithbrink.com<br>Andrew DeNinno<br>adeninno@smithbrink.com<br>SMITH & BRINK, P.C.<br>38777 Six Mile Road, Suite 314<br>Livonia, MI 48152<br><br>350 Granite St., Suite 2303<br>Braintree, MA 02184<br>(617) 770-2214 | *Livonia Care Pharmacy, Inc. and Nilesh Patel,*<br><br><br><br><br><br>By their Attorneys,<br><br>*/s/ Debra A. Geroux*<br>_____<br>Debra A. Geroux (P50955)<br>geroux@butzel.com<br>Ziyad I. Hermiz (P72236)<br>hermiz@butzel.com<br>BUTZEL LONG<br>Stoneridge West<br>41000 Woodward Avenue<br>Bloomfield Hills, MI 48304<br>(248) 258-1616<br><br>150 West Jefferson, Suite 100<br>Detroit, MI 48226<br>(313) 225-5315 |

3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY; ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY; ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY; ESURANCE INSURANCE COMPANY; and ESURANCE PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>TOX TESTING, INC.; PARAGON LABS, LLC; MICHIGAN TECHNOLOGY PARTNERS, LLC; CURE IMAGING, LLC; US HEALTH PHARMACEUTICALS, LLC d/b/a MEDS DIRECT; LIVONIA CARE PHARMACY, INC.; BLOCK BILLING SOLUTIONS, LLC; MICHAEL ANGELO; CHITRA SINHA, M.D.; and NILESH PATEL,<br><br>Defendants. | C.A. No. 2:18-cv-13336-PDB-DRG<br><br>**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS NILESH PATEL AND LIVONIA CARE PHARMACY, INC.** |

This matter having come before the Court upon stipulation of the parties, and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that plaintiffs' causes of action against defendants Nilesh Patel and Livonia Care Pharmacy, Inc. are hereby dismissed with

4

prejudice and without costs to any party.  The Court shall retain jurisdiction over this matter only to enforce the terms of settlement reached between the parties.

    IT IS SO ORDERED.

Dated:  September 13, 2019          <u>s/Paul D. Borman</u>
                                                         Paul D. Borman
                                                         United States District Judge