UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY; ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY; ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY; ESURANCE INSURANCE COMPANY; and ESURANCE PROPERTY AND CASUALTY INSURANCE COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> TOX TESTING, INC.; PARAGON LABS, LLC; MICHIGAN TECHNOLOGY PARTNERS, LLC; CURE IMAGING, LLC; US HEALTH PHARMACEUTICALS, LLC d/b/a MEDS DIRECT; BLOCK BILLING SOLUTIONS, LLC; and MICHAEL ANGELO, <br><br> Defendants. | C.A. No. 2:18-cv-13336-PDB-DRG |

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS TOX TESTING, INC., PARAGON LABS, LLC, US HEALTH PHARMACEUTICALS, LLC d/b/a MEDS DIRECT, BLOCK BILLING SOLUTIONS, LLC, and MICHAEL ANGELO ONLY**

Pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby stipulated and agreed by and between plaintiffs Allstate Insurance Company, Allstate Fire and Casualty Insurance Company, Allstate Property and Casualty Insurance Company, Esurance Insurance

Company, and Esurance Property and Casualty Insurance Company (collectively, "Allstate") and defendants Tox Testing, Inc. ("Tox Testing"), Paragon Labs, LLC ("Paragon"), US Health Pharmaceuticals, LLC d/b/a Meds Direct ("Meds Direct"), Block Billing Solutions, LLC ("Block Billing"), and Michael Angelo (collectively, the "Angelo defendants") only, by and through their undersigned counsel, that this instant action be dismissed with prejudice against Tox Testing, Paragon, Meds Direct, Block Billing, and Angelo only. The Court shall retain jurisdiction to enforce the terms of settlement reached between the parties.

[SIGNATURE PAGE FOLLOWS]

STIPULATED AND AGREED TO THIS 20th DAY OF NOVEMBER, 2020:

| | |
|---|---|
| *Allstate Insurance Company, Allstate Fire and Casualty Insurance Company, Allstate Property and Casualty Insurance Company, Esurance Insurance Company, and Esurance Property and Casualty Insurance Company* | *Tox Testing, Inc., Paragon Labs, LLC, US Health Pharmaceuticals, LLC d/b/a Meds Direct, Block Billing Solutions, LLC, and Michael Angelo* |
| By their Attorneys, | By their Attorneys, |
| */s/ Jacquelyn A. McEttrick* <br> _____ <br> Richard D. King, Jr. <br> Nathan A. Tilden (P76969) <br> Jacquelyn A. McEttrick <br> Andrew H. DeNinno <br> SMITH & BRINK <br> 38777 Six Mile Road, Suite 314 <br> Livonia, MI 48152 <br><br> 350 Granite St., Suite 2204 <br> Braintree, MA 02184 <br> (617) 770-2214 | */s/ Shereef H. Akeel* <br> _____ <br> Shereef H. Akeel (P54345) <br> Adam S. Akeel (P81328) <br> Hasan Kaakarli (P81099) <br> AKEEL & VALENTINE, PLC <br> 888 West Big Beaver Road, Suite 420 <br> Troy, MI 48084 <br> (248) 269 9595 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY; ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY; ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY; ESURANCE INSURANCE COMPANY; and ESURANCE PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>     Plaintiffs,<br><br>v.<br><br>MERCYLAND HEALTH SERVICES, PLLC; TOX TESTING, INC.; PARAGON LABS, LLC; MICHIGAN TECHNOLOGY PARTNERS, LLC; CURE IMAGING, LLC; US HEALTH PHARMACEUTICALS, LLC d/b/a MEDS DIRECT; LIVONIA CARE PHARMACY, INC.; BLOCK BILLING SOLUTIONS, LLC; MICHAEL ANGELO; CHITRA SINHA, M.D.; MOHAMMED ALI ABRAHAM, M.D. a/k/a MOHAMMED ALI IBRAHIM; and NILESH PATEL,<br><br>     Defendants. | C.A. No. 2:18-cv-13336-PDB-DRG |

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS TOX TESTING, INC., PARAGON LABS, LLC, US HEALTH PHARMACEUTICALS, LLC d/b/a MEDS DIRECT, BLOCK BILLING SOLUTIONS, LLC, AND MICHAEL ANGELO ONLY**

4

This matter having come before the Court upon stipulation of the parties, and the Court being otherwise fully advised in the premises, IT IS HEREBY ORDERED AS FOLLOWS:

1. Plaintiffs' complaint (ECF No. 1) against defendants Tox Testing, Inc. ("Tox Testing"), Paragon Labs, LLC ("Paragon"), US Health Pharmaceuticals, LLC d/b/a Meds Direct ("Meds Direct"), Block Billing Solutions, LLC ("Block Billing"), and Michael Angelo (collectively, the "Angelo defendants") only hereby is dismissed with prejudice.

2. This Court shall retain jurisdiction to enforce the terms of settlement reached between the parties.

IT IS SO ORDERED.

Dated:  November 20, 2020               s/Paul D. Borman
                                        HON. PAUL D. BORMAN
                                        United States District Judge