UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALLSTATE INSURANCE
COMPANY, *et al.*,

          Plaintiffs,

v.

MERCYLAND HEALTH SERVICES,
PLLC, *et al.*,

          Defendants.
_____/

Case No. 18-cv-13336

Paul D. Borman
United States District Judge

David R. Grand
United States Magistrate Judge

# ORDER
## (1) ADOPTING MAGISTRATE JUDGE DAVID R. GRAND'S NOVEMBER 17, 2021 REPORT AND RECOMMENDATION (ECF NO. 450); AND
## (2) DENYING WITHOUT PREJUDICE ALLSTATE'S MOTION FOR JUDGMENT AGAINST GARNISHEE PAUL G. VALENTINO, J.D., P.C. (ECF NO. 426)

On November 17, 2021, Magistrate Judge David R. Grand issued a combined Order denying as moot Velocity's Motion for Extension of Time or for Alternative Relief as to the Court's February 12, 2021 Order making it a supplementary party to these proceedings (ECF No. 408) and denying Allstate's motion to strike (ECF No. 424), and a Report and Recommendation to deny without prejudice Allstate's Motion for Judgment Against Garnishee Paul G. Valentino, J.D., P.C. (ECF No. 426). (ECF No. 450, Order and Report and Recommendation.) Having reviewed the

Report and Recommendation, and there being no timely objections from any party under 28 U.S.C. § 636(b)(1) and E.D. Mich L. R. 72.1(d), the Court ORDERS that:

(1) Magistrate Judge Grand's November 17, 2021 Report and Recommendation (ECF No. 450) is ADOPTED; and

(2) Allstate's Motion for Judgment Against Garnishee Paul G. Valentino, J.D., P.C. (ECF No. 426) is DENIED WITHOUT PREJUDICE.

IT IS SO ORDERED.

Dated: December 2, 2021

s/Paul D. Borman
Paul D. Borman
United States District Judge