UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY; ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY; ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY; ESURANCE INSURANCE COMPANY; and ESURANCE PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>MICHIGAN TECHNOLOGY PARTNERS, LLC and CURE IMAGING, LLC,<br><br>Defendants. | C.A. No. 2:18-cv-13336-PDB-DRG |

### NOTICE OF DISMISSAL WITHOUT PREJUDICE
### AS TO DEFENDANTS MICHIGAN TECHNOLOGY PARTNERS, LLC
### AND CURE IMAGING, LLC

Pursuant to Fed. R. Civ. P. 41(a)(1), plaintiffs Allstate Insurance Company, Allstate Fire and Casualty Insurance Company, Allstate Property and Casualty Insurance Company, Esurance Insurance Company, and Esurance Property and Casualty Insurance Company (collectively, "Allstate"), by and through their undersigned counsel, hereby give notice that Allstate's Complaint (*EFC No. 1*) is

dismissed without prejudice at to defendants Michigan Technology Partners, LLC and Cure Imaging, LLC.

        Respectfully Submitted,

        KING, TILDEN, McETTRICK & BRINK

        */s/ Jacquelyn A. McEttrick*
        _____
        Richard D. King, Jr.
        rking@ktmpc.com
        Nathan A. Tilden (P76969)
        ntilden@ktmpc.com
        Jacquelyn A. McEttrick
        jmcettrick@ktmpc.com
        Andrew H. DeNinno
        adeninno@ktmpc.com
        38777 Six Mile Road, Suite 314
        Livonia, MI 48152
        (734) 521-9000

        350 Granite Street, Suite 2204
        Braintree, MA 02184
        (617) 770-2214

        *Attorneys for Plaintiffs*

Dated:  January 27, 2022

## CERTIFICATE OF SERVICE

I, Jacquelyn A. McEttrick, counsel for Plaintiffs, hereby certify that on January 27, 2022, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

KING, TILDEN, McETTRICK & BRINK

*/s/ Jacquelyn A. McEttrick*

_____
Jacquelyn A. McEttrick
jmcettrick@ktmpc.com
350 Granite Street, Suite 2204
Braintree, MA 02184
(617) 770-2214

38777 Six Mile Road, Suite 314
Livonia, MI 48152
(734) 521-9000