UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ALLSTATE INSURANCE COMPANY;
ALLSTATE FIRE AND CASUALTY
INSURANCE COMPANY; ALLSTATE
PROPERTY AND CASUALTY
INSURANCE COMPANY; ESURANCE
INSURANCE COMPANY; and
ESURANCE PROPERTY AND
CASUALTY INSURANCE COMPANY,

Case No. 18-cv-13336-PDB-DRG

Hon. Paul D. Borman

Mag. David R. Grand

*Plaintiffs*,

v.

MICHIGAN TECHNOLOGY
PARTNERS, LLC and
CURE IMAGING, LLC,

*Defendants*.

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Allstate Insurance Company, Allstate Fire and Casualty Insurance Company, Allstate Property and Casualty Insurance Company, Esurance Insurance Company, Esurance Property and Casualty Insurance Company (collectively, "Allstate") and Velocity MRS – Fund IV, LLC ("Fund IV"), by and through their undersigned counsel, hereby stipulate and agree that all proceedings supplementary to Allstate's Consent Judgment against Mercyland Health Services, PLLC ("Mercyland") and

Mohammad Ali Abraham, M.D. a/k/a Mohammad Ali Ibrahim ("Abraham") in the above-captioned lawsuit shall be dismissed without prejudice.

Fund IV denies the allegations asserted against it in Allstate's *ex parte* motion for proceedings supplementary to Allstate's consent judgment against Mercyland and Abraham, and this Stipulation is not, nor shall it be construed as, an admission of liability by Fund IV with respect to any of said allegations.

Allstate may not shift to Fund IV any of Allstate's attorneys' fees and/or costs in the above-captioned lawsuit.

Fund IV may not shift to Allstate any of Fund IV's attorneys' fees and/or costs in the above-captioned lawsuit.

STIPULATED AND AGREED TO THIS 25TH DAY OF JANUARY 2022:

| | |
|---|---|
| *Allstate Insurance Company, Allstate Fire and Casualty Insurance Company, Allstate Property and Casualty Insurance Company, Esurance Insurance Company, and Esurance Property and Casualty Insurance Company,* | *Velocity MRS – Fund IV, LLC,* |
| By their Attorneys, | By their Attorneys, |
| /s/ Jacquelyn A. McEttrick (with permission) <br> Richard D. King, Jr. <br> rking@ktmpc.com <br> Nathan A. Tilden (P76969) <br> ntilden@ktmpc.com <br> Jacquelyn A. McEttrick <br> jmcettrick@ktmpc.com <br> Andrew DeNinno <br> adeninno@ktmpc.com <br> KING, TILDEN, MCETTRICK & BRINK <br> 38777 Six Mile Road, Suite 314 <br> Livonia, MI 48152 <br><br> 350 Granite St., Suite 2204 <br> Braintree, MA 02184 <br> (617) 770-2214 | /s/ David M. Honigman <br> David M. Honigman (P33146) <br> dhonigman@manteselaw.com <br> Kathryn Regan Eisenstein (P66371) <br> keisenstein@manteselaw.com <br> MANTESE HONIGMAN, P.C. <br> 1361 E. Big Beaver Rd. <br> Troy, MI 48303 <br> (248) 457-9200 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ALLSTATE INSURANCE COMPANY;
ALLSTATE FIRE AND CASUALTY
INSURANCE COMPANY; ALLSTATE
PROPERTY AND CASUALTY
INSURANCE COMPANY; ESURANCE
INSURANCE COMPANY; and
ESURANCE PROPERTY AND
CASUALTY INSURANCE COMPANY,

      Plaintiffs,

v.

MICHIGAN TECHNOLOGY
PARTNERS, LLC and
CURE IMAGING, LLC,

      Defendants.

Case No. 18-cv-13336-PDB-DRG

Hon. Paul D. Borman

Mag. David R. Grand

_____

**STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE**

This matter having come before the Court upon stipulation of the parties, and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that all proceedings supplementary to Allstate Insurance Company's, Allstate Fire and Casualty Insurance Company's, Allstate Property and Casualty Insurance Company's, Esurance Insurance Company's, and Esurance Property and Casualty Insurance Company's (collectively, "Allstate") Consent Judgment against Defendants Mercyland Health Services, PLLC and

Mohammad Ali Abraham, M.D. a/k/a Mohammad Ali Ibrahim in the above-captioned lawsuit shall be dismissed without prejudice.

IT IS HEREBY ORDERED that Allstate may not shift to Fund IV any of Allstate's attorneys' fees and/or costs in the above-captioned lawsuit.

IT IS HEREBY ORDERED that Fund IV may not shift to Allstate any of Fund IV's attorneys' fees and/or costs in the above-captioned lawsuit.

IT IS SO ORDERED.

Dated: January 27, 2022

s/Paul D. Borman
Paul D. Borman
United States District Judge